**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-62236-CV-SMITH**
**(22-60123-CR-SMITH)**

CURTIS SLADE,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

**<u>ORDER TO SHOW CAUSE</u>**

     This cause came before the Court upon Michael Curtis Slade's ("Movant") *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 [DE 1], attacking the constitutionality of his sentence entered in Case No. 22-60123-CR-SMITH.

     Both parties should be aware that the Court intends to adjudicate this petition in an expeditious manner and should govern themselves accordingly.

     Thus, it is **ORDERED AND ADJUDGED** as follows:

     1.    Counsel for the Respondent is instructed to always use the civil case number and the criminal case number on all filings in this § 2255 proceeding.

     2.    To prevent motions for extensions of time, counsel for the respondent is notified that an extended period for the response has been provided in this case.

     3.    On or before January 15, 2023, the Respondent shall file a memorandum of fact and law to show cause why this motion should not be granted, together with an Appendix, which shall itemize all documents, not viewable electronically or otherwise unavailable in the underlying

1

criminal case, including those transcripts for which only the first page has been scanned, together with all other documents and exhibits necessary for the resolution of this motion, including any relevant trial exhibits currently not available in the criminal case.

4.       In its response, the government shall specifically address the merits of the claims, notwithstanding any procedural defenses which may apply and which the government may assert.

5.       Counsel for the Respondent is requested to caption the response as a "Response" and *not* as a Motion to Dismiss. The statute, 28 U.S.C. § 2243 calls for a "Return;" Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts calls for an "Answer."

6.       The Respondent is instructed that its response shall contain: (1) a detailed procedural history, with citations to the corresponding criminal docket entries; (2) the facts adduced at trial with corresponding accurate citations to the trial transcripts; and (3) a discussion on the merits of each claim identified by the Movant.

7.       The Respondent shall *not* comingle or otherwise group claims raised by the movant. The Respondent shall address each claim individually, as numbered by the Movant.

8.       Movant is not required to file a reply or traverse, but if the Movant wishes to do so, the reply or traverse shall be due thirty (30) days from the date the Response or Answer is filed by the Respondent and shall not exceed ten (10) pages.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of December, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Curtis Slade
        04842-510

2

Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521
PRO SE

Noticing 2255 US Attorney
Email: usafls-2255@usdoj.gov